FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 29 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No. 99-cv-00528 WYD-CBS

CARL DIXON,

    Petitioner,

vs.

RICHARD SORAES AND THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is hereby

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 29th day of July, 2010.

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL,
        CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 99-cv-00528 WYD-CBS

Adams County District Court
Adams County Justice Center
1100 Judicial Center Drive
Brighton, CO 80601

Carl Dixon
# 59048
Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826

John D. Seidel - Colorado Attorney General's Office-Criminal Enforcement-Appellate
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 7/29/10.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk